**THOMAS R. SUOZZI**
MEMBER OF CONGRESS
3RD DISTRICT, NEW YORK

**COMMITTEE ON WAYS AND MEANS**
SUBCOMMITTEE ON TAX
SUBCOMMITTEE ON OVERSIGHT

**House of Representatives**
Washington, DC 20515

**WASHINGTON, DC OFFICE**
203 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
202–225–3335

**GLEN COVE OFFICE**
51 GLEN STREET, SECOND FLOOR
GLEN COVE, NY 11542
516–861–1070

**DOUGLASTON OFFICE**
242-09 NORTHERN BOULEVARD
DOUGLASTON, NY 11363
718–631–0400

July 8, 2025

U.S. District Court – Eastern District of New York  Case Number: 25-cv-3756
225 Cadman Plaza E
Brooklyn, NY 11201

Dear Judge Block,

    I am writing regarding my Bethpage constituent, Monika Kapoor. Ms. Kapoor surrendered to U.S. Court Marshals on July 7, 2025, per a government motion to extradite her that was granted by the Eastern District of New York on July 2, 2025.

    As I understand, Ms. Kapoor has a pending application for Asylum and Withholding of Removal, a Convention Against Torture (CAT) claim, and a Writ of Certiorari (U.S. Supreme Court Docket 24-7645). On July 7, 2025, Ms. Kapoor's lawyer filed a Civil Rights Complaint and Order to Show Cause on her extradition order, as she has numerous cases pending (Docket 25-cv-3756).

    I was informed that the U.S. Marshals may have placed Ms. Kapoor in ICE custody and intend on extraditing her immediately to India. Placing Ms. Kapoor in ICE custody for extradition despite an automatic stay from pending applications before the New York Immigration Court and the absence of a final decision on the merits of her case undermines her civil, due process, and immigration rights, and appears to prioritize extradition over lawful procedure.

    Furthermore, I was told that the Indian court has asked the Central Bureau of Investigation in India to respond to Ms. Kapoor's motion to quash the extradition. The next hearing pertaining to her charges is scheduled in India for July 24, 2025, and Ms. Kapoor is allowed to appear telephonically per her Indian lawyers.

    I respectfully urge that the Court give full and fair consideration to staying Ms. Kapoor's extradition. If Ms. Kapoor is extradited to India, she may face targeting and torture, as outlined in her Convention Against Torture (CAT) claim. I sincerely hope she will be allowed to remain in New York until her legal immigration proceedings reach a final resolution, and that her due process rights will be fully upheld.

Sincerely,

*Thomas R. Suozzi*

Thomas R. Suozzi
Member of Congress

Cc: Joseph Nocella, Jr.
U.S. Attorney